IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRUZ BAYLON and
MARIA CARMEN BAYLON,

      Plaintiffs,

v.                                                                                       No. 1:12-cv-00052-MCA-KBM

WELLS FARGO BANK, N.A.; and
MCCARTHY & HOLTHUS, LLP
d/b/a MCCARTHY, HOTHUS & LEVINE,

      Defendants.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 2, 2012, I filed Plaintiffs' Motion to Compel McCarthy & Holthus to Answer Written Discovery and Plaintiffs' Brief in Support of Motion to Compel McCarthy & Holthus to Answer Written Discovery, Plaintiffs' Motion to Compel Wells Fargo Bank, N.A. to Answer Written Discovery and Plaintiffs' Brief in Support of Motion to Compel Wells Fargo Bank, N.A. to answer Written Discovery, and I filed a copy of this Certificate on August 6, 2012, electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Daniel R. Delaney | delaney@bmas.co |
| Larry J. Montano | lmontano@hollandhart.com |
| Adam G. Rankin | agrankin@hollandhart.com |
| Matthew Silverman | matthew.silverman@azbar.org |

      I

Respectfully submitted,

FEFERMAN & WARREN, attorneys for Plaintiffs

*/s/ Charles Parnall*
Charles Parnall
Richard N. Feferman
300 Central Avenue, SW, Suite 2000 West
Albuquerque, New Mexico 87102
(505) 243-7773 phone
(505) 243-6663 fax