Wells Fargo Objects to the disclosure of the following
documents due to attorney client privilege work product

Baylon v. Wells Fargo et al.
1:12-CV-00052-WDS-KBM

WF Redacted Summary Spreadsheet - Documents for Production



PLAINTIFF'S
EXHIBIT
C

MH File No: NM12-1557

| Tab # | Bates # | Name of Doc/ Subject Line | Redactions by Wells Fargo Atty Client Privilege Work Product |
|---|---|---|---|
| 1 | 000001 | Email from Jordan to Jill and IDS/Docs out to SM for 9/4 Sales | Entire Page |
| 1 | 000002 | Email from Betsy to IDS/P 2nd Set of Discovery | Entire Page |
| 1 | 000022 | Email from Stacy to Eric/Letter from OC | Entire Page |
| 1 | 000023 | Email from Stacy to Eric/Letter from OC Page 2 | Entire Page |
| 1 | 000024 | Email from Eric to Betsy and IDS/ Letter from OC | Entire Page |
| 1 | 000025 | Email from Eric to Betsy and IDS/ Letter from OC Page 2 | Entire Page |
| 1 | 000026 | Email from Stacy to IDS/ Vesting Information | Entire Page |
| 1 | 000027 | Vesting Information from LPS | Entire Page |
| 1 | 000028 | Email from Betsy to Stacy/Letter from OC | Entire Page |
| 1 | 000030 | Email from Angela to Special Master/ Sale Cancelled | Entire Page |
| 1 | 000031 | Email from Angela to WF/ Sale Date | Entire Page |
| 1 | 000032 | Email from Jordan to Jill and IDS/Sale Cancellations | Entire Page |
| 1 | 000033 | Email from Jordan to Jill and IDS/Sale Cancellations Page 2 | Entire Page |
| 1 | 000034 | Email from Jordan to Jill and IDS/Sale Cancellations Page 3 | Entire Page |
| 1 | 000035 | Email from Jordan to Special Master/Sale Cancellation | Entire Page |
| 1 | 000036 | Email from Jordan to Publisher/Cancel Publication | Entire Page |
| 1 | 000037 | Email from Angela to Publisher/NOS Publishing | Entire Page |
| 1 | 000038 | Email from Betsy to Donald/Note Returned | Entire Page |
| 1 | 000039 | Copy of Fed Ex US Air bill | Entire Page |
| 1 | 000040 | Letter to WF Regarding Returned Notes | Entire Page |
| 1 | 000076 | WF Ship Report | Entire Page |
| 1 | 000077 | WF Ship Report Page 2 | Entire Page |
| 1 | 000078 | WF Request for Release of Documents | Entire Page |
| 1 | 000079 | Email from Angela to Publisher/NOS Publishing | Entire Page |
| 1 | 000083 | Email from Angela to Vlad/Drafting Sale Docs | Entire Page |
| 1 | 000084 | Email from Angela to Special Master/NOS | Entire Page |
| 1 | 000085 | Email from Stacy to CMHelp/Delete Fees | Entire Page |
| 1 | 000086 | Email from Stacy to IDS/Sale OTA Fees Doc | Entire Page |
| 1 | 000087 | Email from WF to Stacy/OTA Request | Entire Page |
| 1 | 000088 | Email from WF to Stacy/OTA Request Page 2 | Entire Page |
| 1 | 000089 | Email from WF to Stacy/OTA Request Page 3 | Entire Page |

Wells Fargo Objects to the disclosure of the following documents due to attorney client privilege work product

Baylon v. Wells Fargo et al.
1:12-CV-00052-WDS-KBM
WF Redacted Summary Spreadsheet - Documents for Production

| Tab # | Bates # | Name of Doc/ Subject Line | Redactions by Wells Fargo Atty Client Privilege Work Product |
|---|---|---|---|
| 1 | 000090 | Email from WF to Stacy/OTA Request Page 4 | Entire Page |
| 1 | 000091 | Email from WF to Stacy/OTA Request Page 5 | Entire Page |
| 1 | 000092 | Email from Angela to Vlad/Drafting NOS and NOFAP | Entire Page |
| 1 | 000093 | Email from Matt to Stacy/Review of Judgment Status | Entire Page |
| 1 | 000094 | Email from Matt to Stacy/Review of Judgment Status Page 2 | Entire Page |
| 1 | 000095 | Email from Stacy to Eric/Judgment Status | Entire Page |
| 1 | 000096 | Email from Stacy to Eric/Judgment Status Page 2 | Entire Page |
| 1 | 000097 | Email from Stacy to Angela/Judgment Status | Entire Page |
| 1 | 000098 | Email from Eric to Angela/Notice Requirements | Entire Page |
| 1 | 000099 | Email from Eric to Angela/Notice Requirements Page 2 | Entire Page |
| 1 | 000100 | Email from Eric to Angela/Notice Requirements Page 3 | Entire Page |
| 1 | 000101 | Email from Krystyna to Stacy/OTA Request for Discovery | Entire Page |
| 1 | 000102 | Additional Request Information Form | Entire Page |
| 1 | 000103 | Email from Stacy to Eric/File Ready for Sale | Entire Page |
| 1 | 000104 | Email from Stacy to Eric/File Ready for Sale Page 2 | Entire Page |
| 1 | 000105 | Email from Stacy to Eric/File Ready for Sale Page 3 | Entire Page |
| 1 | 000120 | Email from Stacy to IDS/Save End Stip Judgment | Entire Page |
| 1 | 000128 | Email from Stacy to IDS/Save Stip Judgment in Rem, Aff/NMS, Cert of State of Record, Mtn for Entry of Stip Judgment In rem | Entire Page |
| 1 | 000154 | Email from Stacy to IDS/Save END Mtn for Entry of Stip Judgment in Rem | Entire Page |
| 1 | 000157 | Email from Stacy to IDS/Save File Cert o f State of Record | Entire Page |
| 1 | 000160 | Email from Stacy to IDS/Save Filed End of Aff of NMS | Entire Page |
| 1 | 000166 | Email from Matt to Dave Scott/Plaintiff Counsel will Seek Default for M&H | Entire Page |
| 1 | 000167 | Email from Matt to Dave Scott/Plaintiff Counsel will Seek Default for M&H Page 2 | Entire Page |
| 1 | 000178 | Email from Stacy to Court Clerk/Review and Issue Cert of State of Rec | Entire Page |
| 1 | 000188 | Email from Stacy to IDS/Save Non Military Aff | Entire Page |
| 1 | 000191 | Email from Stacy to IDS/Save Judgment in Rem Final | Entire Page |
| 1 | 000199 | Email from Stacy to IDS/Save Judgment in Rem | Entire Page |
| 1 | 000206 | Email from Stacy to IDS/Save NM Jfgs | Entire Page |
| 1 | 000207 | Judgment Figures | Entire Page |
| 1 | 000208 | Judgment Figures Page 2 | Entire Page |

MH File No: NM12-1557

Wells Fargo Objects to the disclosure of the following documents due to attorney client privilege work product

Baylon v. Wells Fargo et al.
1:12-CV-00052-WDS-KBM

WF Redacted Summary Spreadsheet - Documents for Production

| Tab # | Bates # | Name of Doc/ Subject Line | Redactions by Wells Fargo Atty Client Privilege Work Product |
|---|---|---|---|
| 1 | 000209 | Email from Stacy to IDS/Save NM Judgment Figures | Entire Page |
| 1 | 000210 | Judgment Figures | Entire Page |
| 1 | 000211 | Judgment Figures Page 2 | Entire Page |
| 1 | 000212 | Email from Stacy to WF/Higg Request | Entire Page |
| 1 | 000213 | Email from Krystyna to Stacy/MSI and Discovery Request | Entire Page |
| 1 | 000214 | Email from Krystyna to Stacy/MSI and Discovery Request Page 2 | Entire Page |
| 1 | 000215 | Email from Krystyna to Stacy/MSI and Discovery Request | Entire Page |
| 1 | 000216 | Email from Stacy to Anne Marie/Delete Fees | Entire Page |
| 1 | 000217 | Email from Stacy to WF/F/up on OTA Request | Entire Page |
| 1 | 000218 | Email from Stacy to WF/F/up on OTA Request Page 2 | Entire Page |
| 1 | 000219 | Request for Additional Fees Form | Entire Page |
| 1 | 000220 | Request for Additional Fees Form | Entire Page |
| 1 | 000221 | Email from Stacy to IDS/Save Proposed Stip Protective Order | Entire Page |
| 1 | 000229 | Email from Stacy to IDS/Save OC Letter | Entire Page |
| 1 | 000239 | Email from Emily to Ian Hicks/Send Docs Requested | Entire Page |
| 1 | 000240 | Email from Stacy to IDS/Save Response to 1st Discovery Requests | Entire Page |
| 1 | 000264 | Consolidated Notes Log | Below Dotted Line: Line 6, Line 11-17 |
| 1 | 000265 | Consolidated Notes Log | Below Dotted Line: Lines 1-8, Lines 11-14 |
| 1 | 000300 | Consolidated Notes Log | Below Dotted Line: Lines 15-17 |
| 1 | 000305 | Consolidated Notes Log | Entire Page |
| 1 | 000307 | CPI On-Line Letter Writer Letter Log History File | Below Dotted Line: Line 1, Line 6, Line 15 |
| 1 | 000308 | Letter Log Recap | Top Half: Line 1, Lines 6-7/ Bottom Half: Line 16 |
| 1 | 000311 | Letter Log Recap | Line 16 Below Header |
| 1 | 000314 | Collections/Customer Service Loan Activity Archive | All Content Below Activity Description Header |
| 1 | 000315 | Collections/Customer Service Loan Activity Archive | Below 4th Dotted Line: Lines 4-6 |
| 1 | 000316 | Collections/Customer Service Loan Activity Archive | Below Dotted Line: Lines 8-43, Lines 47-51 |
| 1 | 000325 | Collections/Customer Service Loan Activity Archive | Below Dotted Line: Lines 6-17, Lines 25-36 |
| 1 | 000368 | Collections/Customer Service Loan Activity Archive | Below Dotted Line: All Content |
| 1 | 000370 | Email from Stacy to WF/F/up on OTA Request | Entire Page |
| 1 | 000371 | Request for Additional Fees Form | Entire Page |
| 1 | 000372 | Request for Additional Fees Form | Entire Page |

Wells Fargo Objects to the disclosure of the following
documents due to attorney client privilege work product

Baylon v. Wells Fargo et al.
1:12-CV-00052-WDS-KBM

WF Redacted Summary Spreadsheet - Documents for Production

| Tab # | Bates # | Name of Doc/ Subject Line | Redactions by Wells Fargo Atty Client Privilege Work Product |
|---|---|---|---|
| 1 | 000373 | Email from Stacy to WF/OTA Request | Entire Page |
| 1 | 000374 | Request for Additional Fees Form | Entire Page |
| 1 | 000375 | Request for Additional Fees Form | Entire Page |
| 1 | 000376 | Email from Stacy to IDS/Save Payment History | Entire Page |
| 1 | 000403 | Email from Stacy to IDS/Save Letter Log 2011 | Entire Page |
| 1 | 000404 | Letter Log Recap | Entire Page |
| 1 | 000405 | Email from Stacy to IDS/Save Notice of Hearing MTC | Top Half: Line 1, Lines 6-7 / Bottom Half: Line 11, Line 16 |
| 1 | 000409 | Email from Stacy to IDS/Notice of Hearing | Entire Page |
| 1 | 000415 | Email from Stacy to Krystyna/Judgment | Entire Page |
| 1 | 000416 | Email from Stacy to Krystyna/Judgment Page 2 | Entire Page |
| 1 | 000417 | Email from Stacy to IDS/Save Response to Def Motion | Entire Page |
| 1 | 000420 | Email from Stacy to IDS/Notice of Completion on Motion to Compel | Entire Page |
| 1 | 000427 | Email from Stacy to IDS/Save Plaintiff's Response to Def Motion to Compel | Entire Page |
| 1 | 000430 | Email from Stacy to IDS/Save Original Note | Entire Page |
| 1 | 000465 | WF Ship Report Page 2 | Entire Page |
| 1 | 000466q | WF Ship Report | Entire Page |
| 1 | 000467 | Request for Release of Documents | Entire Page |
| 1 | 000468 | Email from Stacy to IDS/Save Def Motion to Compel | Entire Page |
| 1 | 000499 | Email from Stacy to IDS/Save LM Affidavit | Entire Page |
| 1 | 000502 | Email from Stacy to IDS/Save Letter OC on Discovery | Entire Page |
| 1 | 000504 | Email from Emily to Evan/F/up on Original Note | Entire Page |
| 1 | 000505 | Email from Emily to Charles Parnall/Stipulated Judgment | Entire Page |
| 1 | 000516 | Email from Michael to Emily/Judgment Figures | Entire Page |
| 1 | 000517 | Email from Emily to WF/F/up on Jfgs Request | Entire Page |
| 1 | 000518 | Email from Traci to Emily/Executed LM Affidavit | Entire Page |
| 1 | 000519 | Email from Judicial Foreclosure to Stacy/Discovery Request | Entire Page |
| 1 | 000520 | Email from Krystyna to WF/Original Note Request | Entire Page |
| 1 | 000521 | Email from Krystyna to WF/OTA Request | Entire Page |
| 1 | 000536 | Email from Stacy to Team NM/BWR Answer | Entire Page |
| 1 | 000541 | Email from Stacy to Team NM/1st Discovery request | Entire Page |
| 1 | 000552 | Email from Stacy to IDS/Save NM Cert of Service | Entire Page |

Wells Fargo Objects to the disclosure of the following documents due to attorney client privilege work product

Baylon v. Wells Fargo et al.
1:12-CV-00052-WDS-KBM

WF Redacted Summary Spreadsheet - Documents for Production

| Tab # | Bates # | Name of Doc/ Subject Line | Redactions by Wells Fargo Atty Client Privilege Work Product |
|---|---|---|---|
| 1 | 000554 | Email from Krystyna to Sergio/Draft Default Package | Entire Page |
| 1 | 000555 | Email from Krystyna to W/F/LM Affidavit | Entire Page |
| 1 | 000556 | Cover Sheet | Entire Page |
| 1 | 000559 | Email from Klaudia to Krystyna/Service Completed | Entire Page |
| 1 | 000560 | Email from Martin Investigations to Judicial Foreclosure/MPP Status | Entire Page |
| 1 | 000561 | Email from Martin Investigations to Judicial Foreclosure/MPP Status Page 2 | Entire Page |
| 1 | 000562 | Email from Martin Investigations to Judicial Foreclosure/Service | Entire Page |
| 1 | 000563 | Email from Martin Investigations to Judicial Foreclosure/Service Page 2 | Entire Page |
| 1 | 000564 | Email from Judicial Foreclosure to Klaudia/Certified Mail | Entire Page |
| 1 | 000565 | Email from Judicial Foreclosure to Klaudia/Certified Mail Page 2 | Entire Page |
| 1 | 000566 | Email from Judicial Foreclosure to Martin Investigations/Service | Entire Page |
| 1 | 000567 | Email from Judicial Foreclosure to Martin Investigations/Service Page 2 | Entire Page |
| 1 | 000568 | Email from Martin Investigations to Judicial Foreclosure/Filed and Out for Service | Entire Page |
| 1 | 000569 | Email from Renee to IDS/Save Final Complaint Docs | Entire Page |
| 1 | 000570 | Cover Sheet | Entire Page |
| 1 | 000584 | Email from Renee to Team NM/Complaint Docs to Martin | Entire Page |
| 1 | 000585 | Check for Filing Fee | Entire Page |
| 1 | 000586 | Cover Sheet | Entire Page |
| 1 | 000623 | Email from Renee to Team NM/Complaint Docs to Martin | Entire Page |
| 1 | 000624 | Check for Filing Fee | Entire Page |
| 1 | 000625 | Cover Sheet | Entire Page |
| 1 | 000663 | Email from Michael to Renee/Complaint | Entire Page |
| 1 | 000664 | Email from Michael to Team NM/Exhibit | Entire Page |
| 1 | 000665 | Email from Michael to Check Request/Check Request | Entire Page |
| 1 | 000666 | Check Request Form | Entire Page |
| 1 | 000667 | Email from Michael to ap/Invoice | Entire Page |
| 1 | 000668 | Invoice | Entire Page |
| 1 | 000669 | Email from Michael to Cath/Updated Title Report Request | Entire Page |
| 1 | 000670 | Invoice | Entire Page |
| 1 | 000671 | Email from Michael to Assignment Desk/AOM for Execution | Entire Page |
| 1 | 000672 | Email from Anne Marie to Assignment Team/AOM | Entire Page |

Wells Fargo Objects to the disclosure of the following
documents due to attorney client privilege work product

Baylon v. Wells Fargo et al.
1:12-CV-00052-WDS-KBM

WF Redacted Summary Spreadsheet - Documents for Production

| Tab # | Bates # | Name of Doc/ Subject Line | Redactions by Wells Fargo Atty Client Privilege Work Product |
|---|---|---|---|
| 1 | 000673 | Assignment of Mortgage | Entire Page |
| 1 | 000674 | Email from James to WF/Preliminary Title Event | Entire Page |
| 1 | 000675 | Email from James to NM Team/Complete Complaint | Entire Page |
| 1 | 000676 | Email from Krystyna to WF/Title Clear | Entire Page |
| 1 | 000677 | Email from Krystyna to WF/BWR's Social Needed | Entire Page |
| 1 | 000678 | Email from Krystyna to ap/Title Order Invoice | Entire Page |
| 1 | 000679 | Invoice from Title Company | Entire Page |
| 1 | 000680 | Email from Krystyna to WF/Action in the Name of' | Entire Page |
| 1 | 000681 | Email from James to WF/Vendor Instruction | Entire Page |
| 1 | 000682 | Vendor Instructions | Entire Page |
| 1 | 000683 | Vendor Instructions Page 2 | Entire Page |
| 1 | 000684 | Vendor Instructions Page 3 | Entire Page |
| 1 | 000685 | Email from James to ap/Title Search Invoice | Entire Page |
| 1 | 000686 | Invoice from Title Company | Entire Page |
| 1 | 000687 | Email from Andrei to Cath/Title Order | Entire Page |
| 1 | 000688 | Email from Andrei to Cath/Title Order | Entire Page |
| 2 | 000689 | Vesting Information from LPS | Entire Page |
| 2 | 000692 | Intercom from LPS | Entire Page |
| 2 | 000730 | WF Ship Report | Entire Page |
| 2 | 000731 | WF Ship Report Page 2 | Entire Page |
| 2 | 000732 | Request for Release of Documents | Entire Page |
| 2 | 000734 | Email from WF to Anne Marie/Corporate Advance Breakdown | Entire Page |
| 2 | 000735 | Email from WF to Anne Marie/Judgment Date 10/21/11 | Entire Page |
| 2 | 000735 | Email from WF to Anne Marie/Judgment Date 10/21/11 Page 2 | Entire Page |
| 2 | 000744 | email from WF to Chris/Vendor Instructions | Entire Page |
| 2 | 000745 | Vendor Instructions | Entire Page |
| 2 | 000746 | Vendor Instructions Page 2 | Entire Page |
| 2 | 000747 | Vendor Instructions Page 3 | Entire Page |
| 2 | 000750 | Judgment Figures | Entire Page |
| 2 | 000751 | Judgment Figures Page 2 | Entire Page |
| 5 | 000856 | MH Employee Task List | Entire Page |

MH File No: NM12-1557

Wells Fargo Objects to the disclosure of the following
documents due to attorney client privilege work product

Baylon v. Wells Fargo et al.
1:12-CV-00052-WDS-KBM

WF Redacted Summary Spreadsheet - Documents for Production

| Tab # | Bates # | Name of Doc/ Subject Line | Redactions by Wells Fargo Atty Client Privilege Work Product |
|-------|---------|----------------------------|--------------------------------------------------------------|
| 5 | 000857 | MH Employee Task List Page 2 | Entire Page |
| 5 | 000858 | MH Employee Task List Page 3 | Entire Page |

MH File No: NM12-1557