IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRUZ BAYLON and
MARIA CARMEN BAYLON,

   Plaintiffs,

v.                 No. 1:12-cv-00052-MCA-KBM

WELLS FARGO BANK, N.A.; and
MCCARTHY & HOLTHUS, LLP
d/b/a MCCARTHY, HOTHUS & LEVINE,

   Defendants.

## NOTICE OF COMPLETION
## ON PLAINTIFF'S SECOND MOTION TO COMPEL WELLS FARGO
## TO ANSWER WRITTEN DISCOVERY

  In accordance with D.N.M.LR-CIV 7.3 (b), Plaintiffs hereby notifies the Court that briefing is complete on Plaintiffs' Second Motion to Compel Wells Fargo to Answer Written Discovery .

  Plaintiffs filed and served their Second Motion to Compel Wells Fargo to Answer Written Discovery and Memorandum on October 22,  2012 (Doc . No. 65 & 66).  Defendant Wells Fargo responded on November 15, 2012 (Doc. No. 74).  Plaintiffs filed their reply on December 14, 2012 (Doc. No. 77).

Respectfully submitted,

FEFERMAN & WARREN, Attorneys for Plaintiffs

*/s/ Charles Parnall*
Charles Parnall
Richard Feferman
300 Central Ave. SW, Ste. 2000 W
Albuquerque, NM 87102
(505) 243-7773
(505) 243-6663


  I HEREBY CERTIFY that on December 17, 2012, I served this Notice of Completion on Plaintiff's Second Motion to Compel Wells Fargo to Answer Written Discovery  electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Daniel R. Delaney | delaney@bmas.co |
| Larry J. Montano | lmontano@hollandhart.com |
| Adam G. Rankin | agrankin@hollandhart.com |
| Matthew Silverman | matthew.silverman@azbar.org |


*/s/ Charles Parnall*