IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRUZ BAYLON and
MARIA CARMEN BAYLON,

    Plaintiffs,

v.                                                                                                    No. 12-CV-52 KG/KK

WELLS FARGO BANK, N.A.; and
MCCARTHY & HOLTHUS, LLP
d/b/a MCCARTHY, HOLTHUS & LEVINE,

    Defendants.

## FINAL JUDGMENT AND DISMISSAL

    Having granted by Memorandum Opinion and Order McCarthy's Motion for Summary Judgment (Doc. 101) and Wells Fargo's Motion for Summary Judgment Asserting, Inter Alia, Lack of Subject Matter Jurisdiction (Doc. 120) as to the Baylons' Fair Debt Collection Practices Act ("FDCPA") claims against each Defendant,

    IT IS ORDERED that

1. summary judgment is entered in favor of Defendants on the FDCPA claims;

2. Count I of the Complaint for violations of the FDCPA is dismissed with prejudice;

3. Counts II and III for violations of the Unfair Practices Act and for tortious debt collection are dismissed without prejudice; and

4. this Final Order of Dismissal terminates this lawsuit.

                                                                                                            _____
                                                                                                         UNITED STATES DISTRICT JUDGE